IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABLE HOME HEALTH, LLC, <br> on behalf of plaintiff and <br> the class members defined herein, <br><br> Plaintiff, <br><br> v. <br><br> AUGUST SYSTEMS, INC., <br> and JOHN DOES 1-10, <br><br> Defendants. | 16 C 9379 <br><br> Judge Tharp <br> Magistrate Judge Mason |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff Able Home Health, LLC's individual claims against Defendant August Systems, Inc. with prejudice and without costs. Plaintiff Able Home Health, LLC's putative class claims against Defendant August Systems, Inc. are dismissed without prejudice and without costs. Plaintiff Able Home Health, LLC's claims against John Does 1-10 are dismissed without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus <br> Daniel A. Edelman <br> Heather Kolbus <br> EDELMAN, COMBS, LATTURNER <br>     & GOODWIN, LLC <br> 20 S. Clark Street, Suite 1500 <br> Chicago, IL 60603 <br> (312) 739-4200 | s/ A. Paul Heeringa (w/ consent) <br> A. Paul Heeringa <br> MANATT, PHELPS <br>     & PHILLIPS, LLP <br> 115 S. LaSalle Street, Suite 2600 <br> Chicago, IL 60603 <br> (312) 626-1813 |

**CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on March 13, 2017, I caused a true and accurate copy of the forgoing document to be filed via the court's CM/ECF system which caused notice via email be sent to the following:

A.Paul Heeringa
MANNATT, PHELPS & PHILLIPS, LLP
115 S. LaSalle Street, Suite 2600
Chicago, IL 60603

                                         s/ Heather Kolbus
                                         Heather Kolbus


Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)